Form 505

**UNITED STATES BANKRUPTCY COURT**         10
**WESTERN DISTRICT OF PENNSYLVANIA**       dkro

In re:                                                              Bankruptcy Case No.: 23−20786−CMB
**Timothy D. Carr and Jennifer L. Carr**     Chapter: 13
    *Debtor(s)*                                  Adversary Proceeding No.: 23−02083−CMB

Timothy D. Carr
and Jennifer L. Carr
    **Plaintiff(s)**
**vs.**
Long Term Capital Partnership V LLC
; Statebridge Company LLC; LTCP V, LLC; Wentwood Asset Management LLC; Greenwich Investors XXXIII, LLC; and DBI Coinvestment Fund VII, LLC,
    **Defendant(s)**

### SUMMONS IN AN ADVERSARY PROCEEDING

To the Defendant(s):

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its office and agencies shall submit a motion or answer to the complaint within 35 days.

    Address of Clerk        *Clerk, U.S. Bankruptcy Court*
                                      *5414 U.S. Steel Tower*
                                      *600 Grant Street*
                                      *Pittsburgh, PA 15219*

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney    *Dennis M. Sloan*
                                        *Sloan & Associates, P.C.*
                                        *106 S. Main Street*
                                        *Suite 305*
                                        *Butler, PA 16001*
                                        *724−284−9092*

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Answers are due on or before **November 30, 2023.** Failure to file an answer may result in the court entering a default judgment.

Dated: Oct. 31, 2023                      Michael R. Rhodes
                                        *Clerk, U.S. Bankruptcy Court*



United States Bankruptcy Court
Western District of Pennsylvania

Carr,
    Plaintiff

Long Term Capital Partnership V LLC,
    Defendant

Adv. Proc. No. 23-02083-CMB

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 1
Date Rcvd: Oct 31, 2023      Form ID: 505      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + DBI Coinvestment Fund VIII, LLC, 30 Wall Street, 6th Floor, New York, NY 10005-2214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com |

TOTAL: 3