IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-20786-CMB |
| | ) | |
| Timothy D. Carr and Jennifer L. Carr, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Adversary No. 23-02083-CMB |
| | ) | |
| | ) | Docket No. |
| ------------------------------------------------------ | ) | Related to Docket Nos. 2, 3 |
| | ) | Hearing: |
| Timothy D. Carr and Jennifer L. Carr, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Long Term Capital Partnership V LLC; Statebridge Company LLC; LTCP V, LLC; Wentwood Asset Management LLC; Greenwich Investors XXXIII, LLC; and DBI Coinvestment Fund VIII, LLC, | ) ) ) ) | |
| | ) | |
| Defendants | ) | |
| ------------------------------------------------------ | ) | |
| | ) | |
| Timothy D. Carr and Jennifer L. Carr, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DBI Coinvestment Fund VIII, LLC, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER OF COURT**

**AND NOW**, to wit, this ___31st___ day of ___October___, 2023, upon consideration of the foregoing Motion to Reissue Summons Against DBI Coinvestment Fund VIII, LLC and to Authorize Service by Publication, it is hereby ORDERED, ADJUDICATED and DECREED that:

1. The Clerk shall reissue the Summons against DBI Coinvestment Fund VIII, LLC.

2. The Plaintiffs shall serve the reissued Summons upon DBI Coinvestment Fund VIII, LLC by publishing a copy of the reissued Summons in a newspaper of general circulation.

3. The Plaintiffs shall also serve a copy of the reissued Summons, the Complaint, the Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure and the Early Conference Certification and Stipulation upon the following, via First Class Mail, Postage Pre-Paid:

> DBI Coinvestor Fund VIII, LLC
> c/o National Registered Agents, Inc.
> 1209 Orange Street
> Wilmington, DE 19801

By the Court:

*Carlota M. Böhm*    **dmk**
The Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
10/31/23 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

Carr,
    Plaintiff                                                                                                                              Adv. Proc. No. 23-02083-CMB

Long Term Capital Partnership V LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: auto            Page 1 of 2
Date Rcvd: Oct 31, 2023        Form ID: pdf900        Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | DBI Coinvestment Fund VIII, LLC, 30 Wall Street, 6th Floor, New York, NY 10005-2214 |
| dft | + | Greenwich Investors XXXIII, LLC, 1187 Coast Village Road, Suite 1 #524, Santa Barbara, CA 93108-2761 |
| pla | + | Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| dft | + | LTCP V, LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| dft | + | Long Term Capital Partnership V LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| pla | + | Timothy D. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| dft | + | Wentwood Asset Management LLC, 10805 SW 135 Terrace, Miami, FL 33176-6063 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 01 2023 00:08:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 01 2023 00:08:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Nov 01 2023 00:08:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| dft | ^ | MEBN | Nov 01 2023 00:02:09 | Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 31, 2023 Form ID: pdf900 Total Noticed: 11

Date: Nov 02, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net   dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net   dsloan@sloanassoc.com |

TOTAL: 3