**IN RE:**

| | | |
|---|---|---|
| **Timothy D. Carr and Jennifer L. Carr** | : | **Bankruptcy No.: 23–20786–CMB** |
| *Debtor(s)* | : | |
| | : | **Chapter: 13** |
| **Timothy D. Carr** | : | |
| **and Jennifer L.Carr** | : | **Adversary No.: 23–02083–CMB** |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Long Term Capital Partnership V LLC** | : | |
| **; Statebridge Company LLC; LTCP V,** | : | |
| **LLC; Wentwood Asset Management LLC;** | : | |
| **Greenwich Investors XXXIII, LLC; and** | | |
| **DBI Coinvestment Fund VII, LLC,** | | |
| *Defendant(s).* | | |

## CERTIFICATE OF SERVICE

I, Dennis M. Sloan, of 106 S. Main Street, Suite 305
Butler, PA 16001

**CERTIFY:**

That I am, and at all time hereinafter mentioned, was more than 18 years of age:

That on the 6th day of November, 2023, I served a copy of this Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, together with the Complaint, Summons, and Early Conference Certification and Stipulation (CMB Form AP–2) filed in this proceeding, on:

DBI Coinvestor Fund VIII, LLC

the Defendant(s) in this proceeding, by (describe mode of service):

First Class Mail, Postage Pre-Paid

at the following address(es):

DBI Coinvestor Fund VIII, LLC, c/o National Registered Agents, Inc.,
1209 Orange Street, Wilmington, DE  19801

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  11/06/2023          /s/Dennis M. Sloan
           (Date)                   (Signature)