UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 23-20786-CMB |
| Timothy D. Carr and Jennifer L. Carr, | Chapter 13 |
| Debtor(s) | Adversary No. 23-02083-CMB |
| | Docket No. |
| | Related to Docket Nos. 1, 2, 10 |
| | Hearing: |
| Timothy D. Carr and Jennifer L. Carr, | |
| Plaintiff | |
| v. | |
| Long Term Capital Partnership V LLC; Statebridge Company LLC; LTCP V, LLC; Wentwood Asset Management LLC; Greenwich Investors XXXIII, LLC; and DBI Coinvestment Fund VIII, LLC, | |
| Defendants | |
| Timothy D. Carr and Jennifer L. Carr, | |
| Movants | |
| v. | |
| Long Term Capital Partnership V LLC; Statebridge Company LLC; LTCP V, LLC; Wentwood Asset Management LLC; Greenwich Investors XXXIII, LLC; and DBI Coinvestment Fund VIII, LLC, | |
| Respondents | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the foregoing and cause being shown as to why the relief requested should be granted it is hereby:

ORDERED, ADJUDICATED and DECREED that:

1. The Defendants are not the holder of an allowed secured claim.

2. Defendants' secured claim is fixed at $0.00.

3. Defendants are not the holder of an allowed unsecured claim.

4. Defendants' unsecured claim is fixed at $0.00

5. Defendants shall cause the mortgage recorded in the Recorder of Deeds Office for Butler County, Pennsylvania at Instrument Number 200204100012509 under date of April 10, 2002 to be marked "Satisfied" within fifteen (15) days of the date of this Order.

By the Court

_____
The Honorable Carlota M. Böhm
Judge, United States Bankruptcy Court