Form 508H

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Timothy D. Carr and Jennifer L. Carr** | : | Bankruptcy No.: 23–20786–CMB |
| *Debtor(s).* | : | |
| | : | Chapter: 13 |
| **Timothy D. Carr** | : | |
| Jennifer L. Carr | : | |
| *Plaintiff(s),* | : | |
| | : | Adv. Proc. No.: 23–02083–CMB |
| v. | : | |
| **Long Term Capital Partnership V LLC** | : | Related to Doc. No.: 19 |
| Statebridge Company LLC | : | |
| LTCP V, LLC | : | |
| Wentwood Asset Management LLC | : | |
| Greenwich Investors XXXIII, LLC | : | |
| DBI Coinvestment Fund VIII, LLC | : | |
| *Defendant(s).* | | |

**ORDER & NOTICE SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW**, this The 6th of December, 2023, a Motion for Default Judgment ("Motion") having been filed in the above−captioned adversary proceeding by Timothy D. Carr and Jennifer L. Carr ("Movant(s)"),

   It is hereby **ORDERED** that Movant(s) shall **immediately** serve the Motion and this Order and Notice on, *as applicable*, the following: all respondents and parties in interest and their counsel, Debtor(s), Debtor(s)' counsel, the United States Trustee, and/or the Trustee. *At times, service on the entire matrix may be required*. Service shall be made in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Undersigned Judge as found on the Court's webpage at www.pawb.uscourts.gov. A *Certificate of Service* shall be filed forthwith in compliance with the Local Bankruptcy Form.

   Respondent(s), you are hereby notified that the Movant(s) seek(s) an order affecting your rights or property. Respondent(s) may wish to take this Order and Notice and the Motion to a lawyer at once.

   Respondent(s) are hereby instructed to file with the Clerk and serve upon Movant(s) and counsel for Movant(s) a response to the Motion by no later than December 26, 2023.

   A hearing will be held on January 9, 2024 at 02:30 PM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 . Unless otherwise ordered, parties may also appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

   If Respondent(s) fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Movant(s) shall refer to the

Undersigned Judge's Procedures posted on the Court's webpage regarding the filing of *Certifications of No Objection*. **In the event that no response to the Motion is filed, a Certification of No Objection shall be filed at least three full business days before the scheduled hearing date.** The parties shall refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    Pursuant to the Undersigned Judge's Procedures, in the event that the parties are able to resolve their dispute(s), **any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.**

    Telephonic participation in the hearing may be permitted as set forth in the Undersigned Judge's Procedures. Arrangements must be made by calling the courtroom deputy at least **three full business days** prior to the scheduled hearing.

    If the Motion includes a request for an extension of time, the time is extended pending the outcome of the hearing.

Dated: December 6, 2023

cm: Dennis M. Sloan, Esq.

_____
Carlota M. Böhm, Judge
United States Bankruptcy Court