IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Timothy D. Carr and Jennifer L. Carr, | Bankruptcy No. 23-20786 CMB |
| Debtors | Adversary No. 23-2083 CMB |
| Timothy D. Carr and Jennifer L. Carr, | Chapter 13 |
| Plaintiffs | |

v.

Long Term Capital Partnership V LLC, Statebridge Company LLC, LTCP V, LLC, Wentwood Asset Management LLC, Greenwich Investors XXXIII, LLC, and DBI Coinvestment Fund VIII, LLC,

　　　　　Defendants

**ORDER**

　　　　　AND NOW, this **6th** day of *December, 2023*, **IT IS HEREBY ORDERED** that a ***Status Conference*** regarding the above-captioned adversary proceeding is scheduled for ***January 9, 2024*** at ***2:30 p.m.*** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING

PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

FILED
12/6/23 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
Carlota M. Böhm    dmr
United States Bankruptcy Judge