IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  23-20786-CMB |
| | ) | |
| Timothy D. Carr and Jennifer L. Carr, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Adversary No.  23-02083-CMB |
| | ) | |
| | ) | Docket No. |
| ------------------------------------------------------------ | ) | Related to Docket No. 38 |
| | ) | Hearing: |
| Timothy D. Carr and Jennifer L. Carr, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Long Term Capital Partnership V LLC; Statebridge | ) | |
| Company LLC; LTCP V, LLC; Wentwood Asset | ) | |
| Management LLC; Greenwich Investors XXXIII, | ) | |
| LLC; and DBI Coinvestment Fund VIII, LLC, | ) | |
| | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served on this 11th day of January, 2024, a true

and correct copy of the Order of Court Dated January 10, 2024, via United States mail, first class,

postage prepaid, upon:

Greenwich Investors XXXIII, LLC
Attn: Dennis Charlton, Pres./WMD Realty Inc., Mgr.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DBI Coinvestor Fund VIII, LLC
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Respectfully submitted,
/s/Dennis M. Sloan
Dennis M. Sloan
Attorney for Debtors
Pa. Id. No. 83784
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net