IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Timothy D. Carr and Jennifer L. Carr,   :   Bankruptcy No. 23-20786-CMB

                    Debtor(s)   :   Chapter 13

_____ :

                              :   Adversary No. 23-02083-CMB
Timothy D. Carr and Jennifer L. Carr,   :

                Plaintiff   :   Related to Docket Nos. 1, 2, 10

                v.   :

Long Term Capital Partnership V LLC;  :
Statebridge Company LLC; LTCP V,   :
LLC; Wentwood Asset Management    :
LLC; Greenwich Investors XXXIII,    :
LLC; and DBI Coinvestment Fund     :
VIII, LLC,   :

              Defendants   :

_____ :

Timothy D. Carr and Jennifer L. Carr,   :

                Movants   :
                v.   :

Long Term Capital Partnership V LLC;  :
Statebridge Company LLC; LTCP V,   :
LLC; Wentwood Asset Management    :
LLC; Greenwich Investors XXXIII,    :
LLC; and DBI Coinvestment Fund     :
VIII, LLC,   :

             Respondents   :

<u>ORDER</u>

**AND NOW,** this <u>10th</u> day of <u>January</u>, <u>2024</u>, upon consideration of Plaintiff's Motion for Default Judgement, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.  Defendants Greenwich Investors XXXIII, LLC and DBI Coinvestment Fund VIII, LLC, are not the holder of an allowed secured claim.

2.  The secured claim for defendants Greenwich Investors XXXIII, LLC and DBI Coinvestment Fund VIII, LLC, is fixed at $0.00.

3.  Defendants Greenwich Investors XXXIII, LLC and DBI Coinvestment Fund VIII, LLC, are not the holder of an allowed unsecured claim.

4.  Defendants Greenwich Investors XXXIII, LLC and DBI Coinvestment Fund VIII, LLC, shall cause the mortgage recorded in the Recorder of Deeds Office for Butler County, Pennsylvania at Instrument Number 200204100012509 under date of April 10, 2002, to be marked "Satisfied" within fifteen (15) days of the date of this Order.

5.  Movant is directed to serve this Order and file a Certification of Service.

_____
Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
1/10/24 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

Carr,

     Plaintiff                                                          Adv. Proc. No. 23-02083-CMB

Long Term Capital Partnership V LLC,

     Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                    Page 1 of 2

Date Rcvd: Jan 10, 2024                     Form ID: pdf900                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| pla | + | Timothy D. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                             Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Defendant Long Term Capital Partnership V LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Defendant LTCP V  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Defendant Wentwood Asset Management LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Defendant Statebridge Company LLC bnicholas@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |

District/off: 0315-2                                    User: auto                                          Page 2 of 2

Date Rcvd: Jan 10, 2024                                Form ID: pdf900                                    Total Noticed: 2

Dennis M. Sloan
                    on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
                    on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com


TOTAL: 7