IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-20786-CMB |
| | ) | |
| Timothy D. Carr and Jennifer L. Carr, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Adversary No. 23-02083-CMB |
| | ) | |
| | ) | Docket No. 39 |
| ----------------------------------------------- | ) | Related to Docket No. 38 |
| | ) | Hearing: |
| Timothy D. Carr and Jennifer L. Carr, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Long Term Capital Partnership V LLC; Statebridge | ) | |
| Company LLC; LTCP V, LLC; Wentwood Asset | ) | |
| Management LLC; Greenwich Investors XXXIII, | ) | |
| LLC; and DBI Coinvestment Fund VIII, LLC, | ) | |
| | ) | |
| Defendants | ) | |
| ----------------------------------------------- | ) | |
| | ) | |
| Timothy D. Carr and Jennifer L. Carr, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DBI Coinvestment Fund VIII, LLC, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER OF COURT**

**AND NOW**, to wit, this  12th day of  January , 2024, upon consideration of the foregoing Motion to Authorize Service by Publication On DBI Coinvestment Fund VIII, LLC of the Order of Court Dated January 10, 2024, it is hereby ORDERED, ADJUDICATED and DECREED that:

1. The Movants shall serve the Order of Court Dated January 10, 2024 upon DBI

Certificate of Notice    Page 2 of 4

Coinvestment Fund VIII, LLC by publishing a copy of the Order in a newspaper of general circulation.

2. The Movants shall also serve a copy of the Order upon the following, via First Class Mail, Postage Pre-Paid:

> DBI Coinvestor Fund VIII, LLC
> c/o National Registered Agents, Inc.
> 1209 Orange Street
> Wilmington, DE 19801

By the Court:

*Carlota M. Böhm*

The Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
1/12/24 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

Carr,
    Plaintiff

Long Term Capital Partnership V LLC,
    Defendant

Adv. Proc. No. 23-02083-CMB

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jan 12, 2024      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| dft | + | DBI Coinvestment Fund VIII, LLC, 30 Wall Street, 6th Floor, New York, NY 10005-2214 |
| dft | + | Greenwich Investors XXXIII, LLC, 1187 Coast Village Road, Suite 1 #524, Santa Barbara, CA 93108-2761 |
| pla | + | Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| dft | + | LTCP V, LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| dft | + | Long Term Capital Partnership V LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| pla | + | Timothy D. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| dft | + | Wentwood Asset Management LLC, 10805 SW 135 Terrace, Miami, FL 33176-6063 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 13 2024 00:00:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jan 13 2024 00:00:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| dft | ^ | MEBN | Jan 12 2024 23:50:14 | Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant LTCP V LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com |

TOTAL: 7