IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 23-20786-CMB |
| Timothy D. Carr and Jennifer L. Carr, | Chapter 13 |
| Debtor(s) | Adversary No. 23-02083-CMB |
| | Docket No. |
| -------------------------------------------------- | Related to Docket Nos. 1, 19, 50 |
| | Hearing: March 26, 2024 @ 2:00 PM |
| Timothy D. Carr and Jennifer L. Carr, | |
| Plaintiff | |
| v. | |
| Long Term Capital Partnership V LLC; Statebridge Company LLC; LTCP V, LLC; Wentwood Asset Management LLC; Greenwich Investors XXXIII, LLC; and DBI Coinvestment Fund VIII, LLC, | |
| Defendants | |

STIPULATION RESOLVING
COMPLAINT TO DETERMINE SECURED STATUS AND OBJECTING TO
CLAIM OF LONG TERM CAPITAL PARTNERSHIP V LLC [CLAIM NO. 14]

AND NOW, come the Debtors/Plaintiffs, Timothy D. Carr and Jennifer L. Carr, by and through their counsel, Dennis M. Sloan and the law firm of Sloan & Associates, P.C., and the Defendants, Long Term Capital Partnership V LLC, Statebridge Company LLC, LTCP V, LLC and Wentwood Asset Management LLC (collectively, "the Remaining Defendants"), by and through their counsel, Denise Carlon and the law firm of KML Law Group, P.C., and stipulate as follows:

WHEREAS, the Debtors filed a Chapter 13 Voluntary Petition on April 12, 2023 ("the Petition Date") at the above-referenced bankruptcy case number; and,

WHEREAS, the Debtors are the fee simple owners of a certain parcel of real estate and the improvements thereon commonly known as 286 Great Belt Road, Butler, PA 16002 ("the Real Estate"); and,

WHEREAS, on June 20, 2023, the Defendant Long Term Capital Partnership V, LLC ("Long Term Capital V") filed a Proof of Claim docketed at Claim Number 14 on the Claims Register for a secured claim in the amount of $168,451.86 and alleging a security interest in the Real Estate based upon a "Deed of Trust, Mortgage, Note." ("the Claim"); and,

WHEREAS, the Defendant Statebridge Company LLC ("Statebridge") is the servicer of the Claim and is listed on the Claim as the entity to which notices and payments to Long Term Capital V should be sent; and,

WHEREAS, the Defendant LTCP V, LLC ("LTCP V") was the named plaintiff in a breach of contract action which was filed against the Debtors in the Court of Common Pleas of Butler County, Pennsylvania at AD 2022-10687 ("the State Court Action") and which was pending on the Petition Date; and,

WHEREAS, the Defendant Wentwood Asset Management LLC ("Wentwood") serves as the asset manager for Long Term Capital V and has the authority to bind Long Term Capital V; and,

WHEREAS, on September 19, 2023, the Debtors filed their Complaint to Determine Secured Status and Objection to Claim of Long Term Capital Partnership V LLC [Claim No. 14] ("the Complaint and Objection") at the above-referenced Adversary Proceeding Number; and,

WHEREAS, on December 1, 2023, the Debtors filed their Motion for Default Judgment regarding the Complaint and Objection at Docket Number 19 on the Adversary Proceeding Docket; and,

WHEREAS, on December 12, 2023, the Remaining Defendants filed an Objection to the Motion for Default Judgment; and,

WHEREAS, by Order of Court dated January 10, 2024, this Honorable Court granted Default Judgment as to Greenwich XXXIII, LLC and DBI Coinvestment Fund VIII only; and,

WHEREAS, the Remaining Defendants and the Debtors wish to resolve the Motion for Default Judgment and the Complaint and Objection.

NOW THEREFORE, in consideration of the above-referenced premises, and intending to be legally bound hereby, the Debtors/Plaintiffs, Long Term Capital V, Statebridge, LTCP V and Westwood, by their respective counsel, stipulate and agree, subject to the approval of the Bankruptcy Court, as follows:

1. The Remaining Defendants shall not be the holder of an allowed secured claim.

2. The Remaining Defendants' secured claim shall be fixed at $0.00.

3. The Proof of Claim filed by Long Term Capital Partnership V, LLC on June 20, 2023 ("the Claim") shall be an allowed unsecured claim in the amount of $5,000.00 ("the Settlement Amount").

4. The unsecured claim of Statebridge Company LLC, LTCP V, LLC and Wentwood Asset Management LLC shall be fixed at $0.00.

5. The Remaining Defendants shall cause the mortgage recorded in the Recorder of Deeds Office for Butler County, Pennsylvania at Instrument Number 200204100012509 under date of April 10, 2002 to be marked "Satisfied" within fifteen (15) days of the date of this Order.

6. Upon full payment to Long Term Capital Partnership V, LLC of the Settlement Amount, LTCP V, LLC shall cause the complaint filed against the Debtors In the

Court of Common Pleas of Butler County, Pennsylvania at Civil Case No. AD 2022-10687 to be dismissed, with prejudice.

7. The settlement agreement shall survive if the within bankruptcy case is converted to another chapter, dismissed or closed without a discharge.

8. The parties shall bear their own costs related to this matter.

9. The parties agree that a signature transmitted electronically or by facsimile shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

SO ORDERED:

Dated: March 11, 2024

*Carlota M. Böhm* dmb
The Honorable Carlota M. Böhm, Judge
United States Bankruptcy Court

CONSENTED TO BY:

TIMOTHY D. CARR & JENNIFER L. CARR

3/8/2024

By: /s/Dennis M. Sloan
Dennis M. Sloan
Attorney for
Debtors/Plaintiffs/Movants

Sloan & Associates, P.C.
PA ID No.: 83784
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net

**The Clerk shall close this Adversary**

FILED
3/11/24 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

|  |  |  |
|---|---|---|
|  |  | LONG TERM CAPITAL PARTNERSHIP V, LLC |
| <u>3/8/2024</u> | By: | <u>/s/Denise Carlon</u><br>Denise Carlon<br>Attorney for Long Term Capital Partnership V, LLC<br><br>KML Law Group, P.C.<br>PA ID No.: 317226<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322<br>dcarlon@kmllawgroup.com |
|  |  | STATEBRIDGE COMPANY LLC |
| <u>3/8/2024</u> | By: | <u>/s/Denise Carlon</u><br>Denise Carlon<br>Attorney for Statebridge Company LLC<br><br>KML Law Group, P.C.<br>PA ID No.: 317226<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322<br>dcarlon@kmllawgroup.com |

|  |  | LTCP V, LLC |
|---|---|---|
| <u>3/8/2024</u> | By: | <u>/s/Denise Carlon</u><br>/s/Denise Carlon<br>Denise Carlon<br>Attorney for LTCP V, LLC<br><br>KML Law Group, P.C.<br>PA ID No.: 317226<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322<br><u>dcarlon@kmllawgroup.com</u> |
|  |  | WESTWOOD ASSET<br>MANAGEMENT LLC |
| <u>3/8/2024</u> | By: | <u>/s/Denise Carlon</u><br>Denise Carlon<br>Attorney for Westwood Asset<br>Management LLC<br><br>KML Law Group, P.C.<br>PA ID No.: 317226<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322<br>dcarlon@kmllawgroup.com |

United States Bankruptcy Court

Western District of Pennsylvania

Carr,
    Plaintiff

Adv. Proc. No. 23-02083-CMB

Long Term Capital Partnership V LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Mar 11, 2024     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| dft | + | DBI Coinvestment Fund VIII, LLC, 30 Wall Street, 6th Floor, New York, NY 10005-2214 |
| dft | + | Greenwich Investors XXXIII, LLC, 1187 Coast Village Road, Suite 1 #524, Santa Barbara, CA 93108-2761 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
     on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com

Brian Nicholas
     on behalf of Defendant LTCP V  LLC brian+ecf@briannicholas.com

Brian Nicholas
     on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com

Brian Nicholas
     on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com

Denise Carlon

on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com

Dennis M. Sloan
    on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

TOTAL: 7